# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

**JUAN TORRES, JR.,**

    **Plaintiff,**

v.                                 Case No.:  6:21-cv-0660-RBD-LRH

**EVENT VENUE LAKE MARY**
**LLC d/b/a CRYSTAL**
**BALLROOM LAKE MARY,**

    **Defendant.**

_____/

## JOINT NOTICE OF NO OBJECTION

Plaintiff, JUAN TORRES, JR., and Defendant, EVENT VENUE LAKE MARY LLC d/b/a CRYSTAL BALLROOM LAKE MARY, by and through their respective undersigned counsel, hereby state they have no objections to the Court's Report and Recommendation [Dkt. 44].

Dated this 2nd day of February, 2022.

| | |
|---|---|
| */s/ Luis A. Cabassa* | */s/ Kevin D. Smith* |
| **LUIS A. CABASSA** | **KEVIN D. SMITH** |
| Florida Bar No.: 0053643 | Florida Bar No. 0528137 |
| E-mail: lcabassa@wfclaw.com | Email: kevin@kdsmithlaw.com |
| | |
| **WENZEL FENTON CABASSA, P.A.** | **LAW OFFICES OF KEVIN D. SMITH, P.A.** |
| 1110 N. Florida Avenue, Suite 300 | 6099 Stirling Road, Suite 101 |
| Tampa, Florida 33602 | Davie, FL  33314 |
| Tel: (813) 224-0431 | Tel.:  954-797-9626 |
| Fax: (813) 229-8712 | Fax.: 954-239-3956 |
| | |
| *Attorney for Plaintiff* | *Attorney for Defendant* |

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on February 2, 2022, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

*/s/ Luis A. Cabassa*
**LUIS A. CABASSA**