UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

JUAN TORRES, JR.,

    Plaintiff,

v.                                                                                    Case No. 6:21-cv-660-RBD-LHP

EVENT VENUE LAKE MARY LLC,

    Defendant.
_____

## ORDER

Before the Court are:

1. The parties' Renewed Joint Motion for Approval of the Parties' FLSA Settlement Agreement and Dismissal with Prejudice (Doc. 39 ("Motion")); and

2. U.S. Magistrate Judge Leslie Hoffman Price's Report and Recommendation (Doc. 44 ("R&R")).

In this Fair Labor Standards Act ("FLSA") case, the parties moved for approval of their settlement agreement. (Doc. 39.) On referral, Judge Hoffman Price recommends that the Court grant the Motion and approve the agreement. (Doc. 44.) The parties do not object (Doc. 45), so the Court examines the R&R for clear error only. *See Macort v. Prem, Inc.*, 208 F. App'x 781, 784 (11th Cir. 2006). Finding none, the R&R is due to be adopted in its entirety.

Accordingly, it is **ORDERED AND ADJUDGED**:

1. The R&R (Doc. 44) is **ADOPTED, CONFIRMED,** and made a part of this Order in its entirety.

2. The parties' Motion (Doc. 39) is **GRANTED**.

3. The FLSA Settlement Agreement (Doc. 39-1) is **APPROVED** as a fair and reasonable resolution of a *bona fide* dispute under the FLSA.

4. This case is **DISMISSED WITH PREJUDICE**.

5. The Clerk is **DIRECTED** to close the file.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on February 3, 2022.

ROY B. DALTON JR.
United States District Judge